**No. 50636.**—Protests 591945–G, etc., of Geo. S. Bailey Hat Co. (Los Angeles).

Opinion by TILSON, J. At the trial plaintiff showed that certain items consist of hats known as harvest hats similar in all material respects to those the subject of *Caradine Hat Co.* v. *United States* (9 Cust. Ct. 69, C. D. 664). Upon the established facts and following the authority cited, the items of merchandise involved as "8-Bu Formosa or 8-Bu Toyo" were held dutiable at 25 percent under paragraph 1504 (b) (5) as claimed. Plaintiff further contended, in effect, that since the record showed that certain hats were subject to a bleaching process after importation, it was inferable from the evidence that the hats were not bleached when imported. Since the record contained no evidence as to the processing the hats were subjected to prior to importation, it was held that such evidence was not sufficient to overcome the presumptively correct classification of the collector as bleached hats. The protests were therefore overruled as to said claim.

**No. 50637.**—Protests 748139–G of Hutchinson Hat Co. (Los Angeles).

Opinion by TILSON, J. The record showed that the merchandise invoiced as "50 Doz. 8-Bu Formosa White Tateyori Paper Hoods" is similar in all material respects to that the subject of *Caradine Hat Co.* v. *United States* (9 Cust. Ct. 69, C. D. 664). Upon the established facts said merchandise was held dutiable at 25 percent under paragraph 1504 (b) (5), as claimed. It was found that there was no support in the record that certain other items were not bleached and therefore dutiable at 25 percent under paragraph 1504 (b) (1). Since the evidence was not sufficient to overcome the presumptively correct action of the collector in classifying said items as being bleached, the protest was overruled as to said claim.